**No. 38914.**—Protest 938124–G of Cudahy Packing Co. (Boston).

Opinion by Brown, J. On the record presented certain of the wool in question was held dutiable at 29 cents per pound under paragraph 1102 (a) and another lot at 24 cents per pound under paragraph 1101 (a).

**No. 38915.**—Protests 903385–G, etc., of C. R. Suarez (Nogales).

Opinion by Brown, J. The evidence showed that the fish livers in question were imported in a crude state, that they were ill-smelling and rancid and not fit for food, and that they were used as material from which to manufacture an oil containing certain vitamins used as a tonic medicine. The claim for free entry under paragraph 1669 was sustained. *Andrews* v. *United States* (T. D. 49190) and Abstracts 34796, 34350, and 33673 cited.

Before the Second Division, June 28, 1938

**No. 38916.**—Protest 944301–G of Dardebwan Trading Co. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise consists of cotton pile fabric articles similar to those which were the subject of *Ramallah* v. *United States* (T. D. 47681). The claim at 40 percent under paragraph 923 was therefore sustained.

**No. 38917.**—Protests 933678–G/87563, etc., of Chicago Mail Order Co. (Chicago).

Opinion by Kincheloe, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

**No. 38918.**—Protests 860691–G, etc., of Bata Shoe Co., Inc., et al. (New York).

Opinion by Kincheloe, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protests were dismissed.

June 21, 1938

**No. 38919.**—▆▆▆▆▆▆▆▆—Protests 747451–G, etc., of Adincourt & Co. et al. Abstract 36916. Plaintiffs' application for rehearing granted as to one protest.

**No. 38920.**—▆▆▆▆▆▆—Protest 896561–G of National Rag & Waste Co. T. D. 49564. Application by Government for rehearing denied.